IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HARWAY, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HERTZ LOCAL EDITION CORPORATION,<br><br>        Defendant. | 2:07-cv-760-GEB-DAD<br><br><br><br><br>NON-RELATED CASE ORDER |
| ORLANDO BACA, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>HERTZ LOCAL EDITION CORPORATION; BILL DONAT; JULIE ASHLEY; and DOES 1 through 100, inclusive,<br><br>        Defendants. | 2:07-cv-1217-LEW-KJM |

      Since it has not been shown in the notice of related case document filed in the above-captioned actions on June 21, 2007, that

1  these actions are related within the meaning of Local Rule 83-123, the
2  actions will not be related at this time.
3  Dated:  August 10, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge